68,291 -0

:Louise Pearson Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol station
Austin,Texas 78711
(1-8-2015)




Fr: Gernorris Wayne Dixon
#1037159
Connally Unit
899 fm 632
Kenedy,Texas 78119


To: Clerk Louise Pearson,

     Please file  my leave  to file a writ of mandamus with

attach one exhibit and motion to file less copies eith order

attach. Thank you in this matter.


                                        Sincerly Submitted

                                        1-20-2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 22 2015

Abel Acosta, Clerk

Case No._____

| Gernorris Dixon | § | In The Honorable |
| Relator | § | Court of Appeals |
| | § | Austin,Texas |

## Motion to file less copies brief

Honorable court of Austin Texas.

Comes now relator pro,se Gernorris Dixon who is a true forma papauris who is too poor to file the additional copies thats needed.

## Prayer

Relator prays that this motion to file less copies be granted

## Certificate of Service

On 1-8-2015 this motin was sent from the connally unit by mail.

Sincerly Submitted,

_Gernorris M. Dixon_

1-20-2015

Case No._____

| Gernorris Dixon | § | In The Honorable |
| Relator | § | Court of appeals |
|  | § | Austin,Texas |

## Order setting motion to file less copies brief

On this day of _____ 2015
said motion was heard and is here by,


O Granted

or

ODenied




_____
Presiding Justices

Court of Criminal Appeals

of

Austin, Texas


Petitioner leave to file a writ of mandamus


Gernorris Waye Dixon

VS

The State of Texas Trial case No: 9951


Honorable Judge Dan Mike Bird

Trail Court Wilbarger 46th

Judicial Wilbarger county, Texas


Pro, Se Petitioner Address:

Gernorris W. Dixon #1037159
Connally Unit 899 fm 632
Kenedy, TX 78119

# Table Of Contents

Oral Argument ........................................... 3

Table of Cases .......................................... 4A

Statement of the Case ................................... 4B

Statement of facts ...................................... 5

Issue Presented ......................................... 6

Prayer .................................................. 7

Certificate of Service .................................. 7

Exhibit 1 Attach ........................................ 8

## Oral Argument

Oral argument waived.

# Table Of Cases

In Relong 984 S.W. 2d 623    (tex.1999)                          6

Arlington Memorial Hospital                                    6   6
Foundation Inc. v. Barton
952 S.W. 2d (Tex APP. Fort Worth 1997)

## Statment of the case

On July 27,2014 pitioner sent the district clerk Ms.Brenda Peterson

of Wilbarger county Texas an ex parte motion which was recieved

an filed July 30,2014. (Please see exhibit 1 attached.) The ex

parte motion was addressed to the trail case Wilbarger 9951 in

the 46th Judicial court of wilbarger county texas. In the Honorable

Dan Mike Bird Judge of said court. The ex parte motion was addressed

its content. (A)Official Oppression. (B)Abuse of office. (C)

Aggravated Perjury. (D) Criminal Conspiracy. (E)Abuse of official

capacity. It clearly shows that the Honorable Judge has abused

its discretion on not ruling on the motion in a timely matter

of (30) days. The court has jurisdiction to hear this petition

under texas constitution artical five section nine.

## Statment of facts

The facts clearly show that with exhibit 1 that petitioner timely filed an ex parte motion on July 27,2014 an was filed by the district clerk on july 30,2014 and the Honorable judge in his mintrial duty has not made a ruling in a timely motion which is an abuse of discretion.

## Issue presented

the trial Judge abused its discretion for not ruleing on petitioner timely filed motion which is an mistrail duty to rule on a motion within the (30) day periond.

## Standard

## WRIT OF MANDAMUS

In the case: Relong 984 S.W. 2d 623 (tex.1999)

Mandamus will issue only if a court has clearly abused its discretion and the aggrieved party has no adequate remedy by appeal.

Also see case: arlington Memorial Hospital Foundation INC. V Barton 952 S.W. 2d 927 (Tex APP. Fort Worth 1997)

With the staement of the case and the statement of the facts with attached exhibit 1 clearly shows that petitioner filed or sent his ex parte motion to the district clerk of Wilbarger county and the judge has not made an mistrial duty to rule on a timely filed motion within (30) days which is an abused of discretion.

## Prayer

Petitioner prays for any relief deem just.

## Certificate of Service

On the 20th day of January I semt this leave to file writ of mandamus to the clerk of court criminal appeals in Austin,Texas from the connally unit 899 fm 532 Kenedy,Texas by mail.

Sincerly Submitted

1-20-2015

7

## Exhibit 1 attached

(1) Letter showing the date the clerk recieved ex parté letter on Nov. 24 2014. Inquiring about a motion that was filed in Wilbarger county court house on July 30,2014. And yet the motion has not been answered an its been 6 months.

Ms. Brenda Peterson
District Clerk, Wilbarger County
1700 Wilbarger St., Room 33
Vernon, Texas 76384-4749

November 24, 2014

Ms. Peterson,

Could you please be so kind and let me know the disposition on the motion I filed in your court on July 30, 2014. As the Cause Number is (9951). I would highly appreciated if you could provide me with the information I'am requesting for Ms. Peterson...

Thank you!

Respectfully Submitted.
Gernorris W. Dixon 1037159
Connally Unit
Kenedy Tx. 78119

FILED
The 1 day of Dec 20 14
At 12:45 o'clock P M
Brenda Peterson
Clerk Dist. Court Wilbarger Co.
By _____ Deputy